**FILED**

JUN 16 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINUS ESTATE CORPORATION, a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>BARREL STOP WINERY, LLC, a California limited liability company; JURGEN W. SCHUTZ, an individual; and MARIE A. SCHUTZ, an individual,<br><br>Defendant. | No. C 04 5218 FMS<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES |

WHEREAS, the parties have reached a tentative agreement as to the principal terms of a settlement of this matter, and are in the process of formally documenting that agreement;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their counsel of record, that the Initial Case Management Conference, currently set for May 19, 2005 at 2:00 p.m., should be continued to June 29, 2005 at 2:00 p.m.;

//

//

//

with all related dates, including the deadline for completion of initial disclosures and filing/service of the Case Management Statement and Rule 26(f) Report, continued to June 16, 2005.

Dated: June 15, 2005

THELEN REID & PRIEST LLP
John K. Uilkema, CA Bar No. 34028
Robert A. Weikert, CA Bar No. 121146
Marlene J. Williams, CA Bar No. 197107

By    /s/ Marlene J. Williams
        Marlene J. Williams

Attorneys for Plaintiff
Dominus Estate Corporation

Dated: June 15, 2005

HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN, a Professional Corporation
Douglas A. Winthrop, CA Bar No. 183532
Chandra Miller Fienen, CA Bar No. 25502

By    /s/ Douglas A. Winthrop
        Douglas A. Winthrop

Attorneys for Defendants
Barrel Stop Winery, LLC, Jurgen W. Schutz and Marie A. Schutz

I, Marlene J. Williams, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

/s/ Marlene J. Williams
Marlene J. Williams
Attorney for Plaintiff

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: June 16, 2005

The Honorable Fern M. Smith
United States District Court Judge