*IT IS SO ORDERED*
*Judge Fern M. Smith*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINUS ESTATE CORPORATION, a Delaware corporation<br><br>Plaintiff,<br><br>v.<br><br>BARREL STOP WINERY, LLC, a California limited liability company; JURGEN W. SCHUTZ, an individual; and MARIE A. SCHUTZ, an individual,<br><br>Defendant. | No. C 04 5218 FMS<br><br>**STIPULATION OF**<br>**<u>DISMISSAL WITH PREJUDICE</u>**<br><br>**[F.R.C.P. 41(a)(1)(ii)]** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated, consented and agreed by and between Plaintiff, Dominus Estate Corporation, and Defendants Barrel Stop Winery, LLC, a California limited liability company, Jurgen W. Schutz, an individual and Marie A. Schutz, an individual, that the above-captioned action, and all claims asserted therein, are dismissed with prejudice in all respects, each party hereto to bear its own costs and attorneys' fees, and each party thereto waives all rights of appeal.

Dated: June 30, 2005

THELEN REID & PRIEST LLP

By     /s/John K.Uilkema
John K. Uilkema, CA Bar No. 34028
Robert A. Weikert, CA Bar No. 121146
Marlene J. Williams, CA Bar No. 197107

Attorneys for Plaintiff
Dominus Estate Corporation

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

SF #939970 v1

-1-

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Dated: June 30, 2005

HOWARD RICE NEMEROVSKI CANADY
FALK & RABKIN, a Professional Corporation

By     /s/Douglas A. Winthrop
Douglas A. Winthrop, CA Bar No. 183532
Chandra Miller Fienen, CA Bar No. 225502

Attorneys for Defendants
Barrel Stop Winery, LLC, Jurgen W.
Schutz and Marie A. Schutz

I, John K. Uilkema, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: June 30, 2005

**ORDER**

PURSUANT TO STIPULATION,
IT IS SO ORDERED.

Dated:   June 30  , 2005

The Honorable Fern M. Smith
United States District Court Judge